**RECEIVED**

JUN 2 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

JOHNNY LEE ATKINS

CIVIL ACTION NO. 5:06CV785

VERSUS

JUDGE HICKS SEC P

MAG. JUDGE HORNSBY

B. LOFTON, ET AL

## ORDER

Considering the foregoing motion for court date and subpoena for all of the

names of the workers involved, doc #6;

**IT IS HEREBY ORDERED____GRANTED__✓DENIED** *as premature.*

THUS DONE AND SIGNED at Shreveport, LA, on this ___26___ day of

June, 2006.

Mark L. Hornsby
United States Magistrate Judge