Johnny Lee Atkins
V.
B. Lofton. ET.AL.

Civil Case # 06-785-P
Judge Hicks
Mag. Judge Hornsby

Clerk.   Motion for. Depositions, Discovery, Interrogatives, and Admissions.

RECEIVED
BY: AP
APR 21 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

I Johnny Lee Atkins also petition the court for to procede with motion of Discovery for much needed information that will help me prove my case more efficiently. Evidence that my alligations will prove true and factual. I believe filing for Depositions, Discovery, Interrogatives and Admission on Caddo jail for all neccesary information in rules and procedures of the jail, Deputies conduct. Medical conduct to what degree of judgement should be allowed in and out of presence of medical staff. My medical records and data leading from Deputy McDaniels response to my problem to video tape of accident. Please grant me this even though where I'm at I've got no law library, no or any type of case work to help me study to prepare my case but I will do my darness on common sense and the power of Prayer in my LORD Jesus Christ.

Signed. Johny Atkins
4-17-08

> Order
> 06-785
> April 23, 2008
>
> Motion denied as premature. Once Defendants file responsive pleadings, Plaintiff may propound discovery to them. Discovery requests are not filed with the court except in connection with motion practice.
>
> [signature]

**BOSSIER SHERIFF CORRECTIONAL FACILITY**
INMATE MAIL
NAME Johnny Lee Atkins
2984 OLD PLAIN DEALING RD.
PLAIN DEALING, LA 71064
ID 59295   DORM D-1

THIS LETTER IS BEING MAILED BY AN INMATE OF THE BOSSIER SHERIFF'S CORRECTIONAL FACILITY. THE CONTENTS HAVE NOT BEEN REVIEWED.

71101$3083

Clerk, U.S. District Court
Western District of LA.
U.S. Courthouse
300 Fannin St. Suite 1167
Shreveport La. 71101-3083



SHREVEPORT LA 711
15 APR 2008 PM 2 L