UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHNNY LEE ATKINS | CIVIL ACTION NO. 06-cv-0785 |
| VERSUS | JUDGE HICKS |
| B. LOFTON, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 92) is **denied** and Defendants' Motion for Summary Judgment (Doc. 84) is **granted**. All claims against all defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of March, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE